UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14026-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY JAY SAUNDERS,

    Defendant.
_____/



FILED by _____ D.C.
JAN 25 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION NUMBER 3 AS SET FORTH IN THE
PETITION FOR VIOLATIONS OF SUPERVISED RELEASE**

**THIS CAUSE** having come on to be heard for a final evidentiary hearing on January 25, 2016, in respect to the pending Petition Alleging Violations of Supervised Release and this Court having convened a hearing, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on January 25, 2016 for a final evidentiary hearing in respect to the Petition Alleging Violations of Supervised Release alleging the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 3, 2015, in Saint Lucie County, Florida, the defendant committed the offense of domestic battery by strangulation, contrary to Florida Statute 784.041(2)(a). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 3, 2015, in Saint Lucie County, Florida, the defendant committed the offense of aggravated child abuse, contrary to Florida Statute 827.03(2)(a). |

> **Violation Number 3**     **Violation of Mandatory Condition**, by failing to refrain from violation of the law.  On or about October 5, 2015, in Saint Lucie County, Florida, the defendant committed the offense of violation of pretrial release conditions, contrary to Florida Statute 741.29(6).

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Number 3 as set forth in the Petition.  The government announced that it agreed to dismiss Violations Numbers 1 and 2 of the Petition.  This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations.  Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for parties agreed that the Court could take judicial notice of the facts set forth in the Petition Alleging Violations of Supervised Release and the Memorandum from USPO Tango to Judge Graham dated November 2, 2015.  Therefore, this Court did take judicial notice of the facts set forth in that Memorandum and finds that it sets forth a sufficient factual basis to support the Defendant's admission to Violation Number 3 as set forth in the Petition.

4. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admission to Violation Number 3 of the Petition under oath, this Court recommends to the District Court that the Defendant be

be found to have violated his supervised release in respect to Violation Number 3 as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 25th day of January, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Carmen M. Lineberger
James Smith, Esq.
U. S. Probation (USPO Tango)
U. S. Marshal