UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 05-14026-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

TONY JAY SAUNDERS,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

    **THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on November 6, 2015.

    **THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on January 25, 2016.  A Report and Recommendation filed on January 25, 2016 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of February, 2016.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


Copied: Magistrate Judge Frank J. Lynch
        Carmen Lineberger, AUSA
        James Smith, Esq.,