**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 05-14026-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TONY JAY SAUNDERS,

    Defendant.

_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Final Hearing in Respect to the Petition Alleging Violations of Supervised Release [D.E. 145], and Defendant's Objections to the Magistrate Judge's Report and Recommendation (D.E. 145) [D.E. 147].

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Shaniek M. Maynard on June 22, 2018. On August 31, 2018, Magistrate Judge Maynard issued a Report and Recommendation recommending that Defendant Tony Jay Saunders "be found to have violated his supervised release in respect to Violation Numbers 1, 2, 3 and 4." [D.E. 145]. Thereafter, on September 16, 2018, Defendant filed objections to the Magistrate Judge's Report and Recommendation. [D.E. 147].

1

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. Failure to file timely objections shall bar the Parties from a de novo determination by the District Court of issues covered in the Report and Recommendation and bar the Parties from attacking on appeal the factual findings contained therein. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

I. **Defendant's Objections**

Defendant contends that the Magistrate Judge's Report and Recommendation is based on faulty credibility determinations, improper findings of fact, and an erroneous application of state law.

II. **Analysis**

Upon a finding "by a preponderance of the evidence that the defendant violated a condition of supervised release" Section 3583(e) permits the Court to "revoke a term of supervised release, and require the defendant to serve in prison all or part of the term of supervised release" 18 U.S.C. § 3583(e)(3). United States v. Cunningham, 607 F.3d 1264, 1266 (11th Cir. 2010). After de novo review of the record the Court agrees that the Defendant's violation of supervised release has been proven

2

by a preponderance of the evidence. [See D.E. 145]. Moreover, the Court finds no persuasive argument in Defendant's objections to the Report and Recommendation.

III. **Conclusion**

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, for the aforementioned reasons, it is

**ORDERED AND AJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [D.E. 145] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Defendant Tony Jay Saunders is found to have violated his supervised release with respect to Violations 1, 2, 3 and 4.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of September, 2018.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record